Joseph Finelli, Respondent, v. Ralph Polcini, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

Joseph Bulova, Appellant, v. East Tenth Street Corporation and Another, Respondents, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

William Cahill, Respondent, v. Abraham Kleinberg, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Laughlin, J., dissenting on the ground that in his opinion section 35 of the Tenement House Law was inapplicable.

Phoebe Cahill, Respondent, v. Abraham Kleinberg, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Laughlin, J., dissenting on the ground that in his opinion section 35 of the Tenement House Law was inapplicable.

George H. Finlay and Another, Individually and as Copartners, etc., Appellants, v. Sugar Products Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Martin Rotbarth and Others, Plaintiffs, Alien Property Custodian, Appellant, v. Felix Herzfeld and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke. P. J., Dowling, Smith, Page and Greenbaum, JJ.

Mabel Potter Johnson, Respondent, v. Harry Dash Johnson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Robert Davidoff, Respondent, v. Samuel Kaplan and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Elmas M. Tashjian, Respondent, v. Mugurdich J. Tashjian, Appellant.— Order modified by reducing counsel fee to $500, and reducing alimony to $250 per month, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

William H. Duval and Others, Copartners, etc., Respondents, v. Bloom Textile Company, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Samuel L. Martin, Appellant, v. Nassau Smelting and Refining Works, Ltd., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied and order for examination reinstated, with ten dollars costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Guaranty Trust Company of New York, Appellant, v. Postal Life